December 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CHOPRA AND ASSOCIATES, Appellant

NO. 14-13-01099-CV                    V.

U.S. IMAGING, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, U.S. Imaging, Inc., signed November 18, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Chopra and Associates, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.